UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Mohammed Al-Khalil

       Petitioner,                         Case No. 08-10987

v.                                                    Hon. Nancy G. Edmunds

Susan Davis,

       Respondent.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including Petitioner's Objections if any, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Petitioner's application for writ of habeas corpus is DENIED.

SO ORDERED.

                                    s/Nancy G. Edmunds
                                    Nancy G. Edmunds
                                    United States District Judge

Dated: September 8, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 8, 2009, by electronic and/or ordinary mail.

                                    s/Carol A. Hemeyer
                                    Case Manager